UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIKA WILLIAMS, | : | Case No. 1:15-cv-152 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| EBB COOPER, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 13)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on September 16, 2015, submitted a Report and Recommendations.  (Doc. 13).  Plaintiff did not file any objections.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the foregoing reasons:

1. Plaintiff's complaint (Doc. 3) is **DISMISSED** with prejudice for lack of prosecution;

2. The Court certifies pursuant to 28 U.S.C. § 1915(a) that, for the foregoing reasons, an appeal of this Order would not be taken in good faith and therefore **DENIES** Plaintiff leave to appeal *in forma pauperis*;

3. Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals; and

4. The Clerk shall enter judgment accordingly, whereupon this civil action is **TERMINATED** in this Court.

**IT IS SO ORDERED**.

Date: 10/7/2015                    _/s/Timothy S. Black_____
                                   Timothy S. Black
                                   United States District Judge